**MANDATE**

19-865(L)
Strauss v. Crédit Lyonnais, S.A.

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

*S U M M A R Y   O R D E R*

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.**

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York on the 7th day of April, two thousand twenty-one.

Present:  AMALYA L. KEARSE,
          DENNIS JACOBS,
          JOSÉ A. CABRANES,

*Circuit Judges.*
_____

MOSES STRAUSS, PHILIP STRAUSS, BLUMA STRAUSS, AHRON STRAUSS, ROISIE ENGELMAN, JOSEPH STRAUSS, TZVI WEISS, LEIB WEISS, MALKE WEISS, YITZCHAK WEISS, YERUCHAIM WEISS, ESTHER DEUTSCH, MATANYA NATHANSEN, CHANA NATHANSEN, MATANYA AND CHANA NATHANSEN for THE ESTATE OF TEHILLA NATHANSEN, YEHUDIT NATHANSEN, S.N., a minor, HEZEKIEL

MANDATE ISSUED ON 04/28/2021

TOPOROWITCH, PEARL B. TOPOROWITCH, YEHUDA TOPOROWITCH, DAVID TOPOROWITCH, SHAINA CHAVA NADEL, BLUMA ROM, RIVKA POLLACK, EUGENE GOLDSTEIN, LORRAINE GOLDSTEIN, BARBARA GOLDSTEIN INGARDIA, RICHARD GOLDSTEIN, MICHAEL GOLDSTEIN, CHANA FREEDMAN, MICHAL HONICKMAN for THE ESTATE OF HOWARD GOLDSTEIN, MICHAL HONICKMAN, DAVID GOLDSTEIN, HARRY LEONARD BEER as Executor of THE ESTATE OF ALAN BEER, HARRY LEONARD BEER, ANNA BEER, PHYLLIS MAISEL, ESTELLE CARROLL, SARRI ANNE SINGER, JUDITH SINGER, ERIC M. SINGER, ROBERT SINGER, JULIE AVERBACH for THE ESTATE OF STEVEN AVERBACH, JULIE AVERBACH, TAMIR AVERBACH, DEVIR AVERBACH, SEAN AVERBACH, A.A., a minor, MAIDA AVERBACH for THE ESTATE OF DAVID AVERBACH, MAIDA AVERBACH, MICHAEL AVERBACH, EILEEN SAPADIN, DANIEL ROZENSTEIN, JULIA ROZENSTEIN SCHON, ALEXANDER ROZENSTEIN, ESTHER ROZENSTEIN, JACOB STEINMETZ, DEBORAH STEINMETZ, JACOB STEINMETZ AND DEBORAH STEINMETZ for THE ESTATE OF AMICHAI STEINMETZ, NAVA STEINMETZ, ORIT MAYERSON, NATANEL STEINMETZ, ROBERT L. COULTER, SR. for THE ESTATE OF JANIS RUTH COULTER, DIANNE COULTER MILLER, ROBERT L. COULTER, SR., ROBERT L. COULTER, JR., LARRY CARTER as the Administrator of THE ESTATE OF DIANE LESLIE CARTER, LARRY CARTER, SHAUN CHOFFEL, RICHARD BLUTSTEIN AND KATHERINE BAKER for THE ESTATE OF BENJAMIN BLUTSTEIN, RICHARD BLUTSTEIN, KATHERINE BAKER, REBEKAH BLUTSTEIN, NEVENKA GRITZ for THE ESTATE OF DAVID GRITZ, NEVENKA GRITZ, NEVENKA GRITZ for THE ESTATE OF NORMAN GRITZ, JACQUELINE CHAMBERS as the Administrator of THE ESTATE OF ESTHER BABLAR, JACQUELINE CHAMBERS, LEVANA COHEN, ELI COHEN, SARAH ELYAKIM, YEHUDA AGABABA, MENACHE AGABABA, YEHEZKEL AGABABA, GRETA GELER, ILANA EROPA DORFMAN, REFAEL KITSIS AND TOVA GUTTMAN as the Administrators of THE ESTATE OF HANNAH ROGEN, AKIVA ANACHOVICH, TEMIMA SPETNER, JASON KIRSCHENBAUM, ISABELLE KIRSCHENBAUM, ISABELLE KIRSCHENBAUM for THE ESTATE OF MARTIN KIRSCHENBAUM, JOSHUA KIRSCHENBAUM, SHOSHANA BURGETT, DAVID KIRSCHENBAUM, DANIELLE TEITELBAUM, NETANEL MILLER, CHAYA MILLER, ARIE MILLER,

ALTEA STEINHERZ, JONATHAN STEINHERZ, BARUCH YEHUDA ZIV BRILL, CHAYA BEILI, BENNETT AND PAULA FINER as Legal Guardians for CHANA NACHENBERG, DAVID NACHENBERG, S.N., a minor, BENNETT FINER, PAULA FINER, ZEV FINER, SHOSHANA FINER OHANA, MINA DORA GREEN, MINA DORA GREEN for THE ESTATE OF HOWARD M. GREEN, STEVEN GREENBAUM for THE ESTATE OF JUDITH GREENBAUM, STEVEN GREENBAUM, ALAN HAYMAN, SHIRLEE HAYMAN, DAVID DANZIG, NEIL DANZIG for THE ESTATE OF REBECCA DANZIG, NEIL DANZIG, HAYYIM DANZIG, SARAH PEARLMAN, CLARA BEN-ZAKEN LASER, NETANEL HERSKOVITZ, MARTIN HERSKOVITZ, PEARL HERSKOVITZ, YAAKOV HERSKOVITZ, JOSHUA FAUDEM, ZOHAR FATER, BRUCE MAZER, ORLY ROM, RICHARD COFFEY, GAL GANZMAN, JUDITH BUCHMAN-ZIV, ORA COHEN, MIRAV COHEN, DANIEL COHEN, O.C., a minor, S.C., a minor, E.N.C., a minor, FAIGA ZVIA LIEBERMAN, EINAT NOKED for THE ESTATE OF EYAL NOKED, EINAT NOKED, A.N., a minor, AVISHAG NOKED, BARUCH ZURI NOKED, BINYAMIN ELKANA NOKED, NETA NECHAMA COHEN, T.N., a minor, KAREN GOLDBERG, CHANA WEISS, ESTHER GOLDBERG, YITZHAK GOLDBERG, SHOSHANA GOLDBERG, ELIEZER GOLDBERG, Y.M.G., a minor, T.Y.G., a minor, NILLY CHOMAN and GILA ALUF

*Plaintiffs-Appellants-Cross-Appellees*,

- v. -        Nos. 19-865(L)
              19-1285(XAP)

CRÉDIT LYONNAIS, S.A.,

*Defendant-Appellee-Cross-Appellant*.

_____

ESTATE OF BERNICE WOLF, ARI HOROVITZ, BATSHEVA HOROVITZ SADAN, DAVID HOROVITZ, ESTATE OF DEBRA RUTH HOROVITZ, ESTATE OF ELNATAN HOROVITZ, ESTATE OF LEAH HOROVITZ, ESTATE OF MOSHE HOROVITZ, NECHAMA HOROVITZ, SHULAMITE

HOROVITZ, TOVA HOROVITZ NAIMAN, TVI HOROVITZ, URI HOROVITZ, ESTATE OF BRYAN WOLF, STANLEY WOLF, AVERHAM GROSSMAN, DEVORAH CHECHANOW LEIFER, JOSEPH LEIFER, BRACHA MILSTEIN, SHIFRA MILLER, CHAYA ROSENBERG, ABRAHAM WAXLER, ARTHUR WAXLER, BARUCH WAXLER, CHANA WAXLER, DINA WAXLER, EZEKIEL WAXLER, GEDALIA WAXLER, HAGGI WAXLER, NACHUM WAXLER, OBADIAH WAXLER, YAAKOV WAXLER, YOEL WAXLER, ZACHARIA WAXLER, NETHANIEL BLUTH, MOSHE NAIMI, FAYE CHANA BENJAMINSON, THE ESTATE OF MOSHE GOTTLIEB, SEYMOUR GOTTLIEB, SHEILA GOTTLIEB, PHILIP LITLE, ESTATE OF ABIGAIL LITLE, ELISHUA LITLE, HANNAH LITLE, HEIDI LITLE, JOSIAH LITLE, NOAH LITLE, FRAN STRAUSS BAXTER, WILLIAM J. BAXTER, ARIELA FREIRMARK, MENACHEM FREIRMARK, HADASSAH FREIRMARK, PHYLLIS PAM, RIVKA REENA PAM, SHOSHANA TITA, EZRA TITA, EPHRAIM TITA, EPHRIAM TITA for THE ESTATE OF BERTIN TITA, RACHEL POTOLSKI, OVADIA TOPPOROWITCH, YISRAEL TOPPOROWITCH, YITZCHAK TOPPOROWITCH, MIRIAM EHRENFELD, ROSE JOSEPH, LEIBEL REINITZ, MALVIA REINITZ, MARGALI REINITZ, MENDY REINITZ, MIRIAM REINITZ, RIVKA REINITZ, SAMUEL REINITZ, SHMUEL REINITZ, YAKOV REINITZ, THE ESTATE OF YISSOCHER DOV REINITZ, YITZCHOK REINITZ, RAIZEL SHIMON, LEAH TAUBER, HELEN WEIDER, AVROHOM D. RICHTER, BREINA RICHTER, MIRIAM LEAH RICHTER, MOSHE RICHTER, NECHAMA RICHTER, SARA MALKA RICHTER, SHLOMO CHAIM RICHTER, TRANNE RICHTER, YAKOV YOSEF RICHTER, THE ESTATE OF MORDECHAI REINITZ, YECHIEL RICHTER, YEHUDIS RICHTER, YISROEL RICHTER, YITZCHOK RICHTER, PERL BRAILOFSKY, MALKY BREUER, ESTER BUXBAUM, GITTEL COHEN, CHAYA FREISEL, RACHEL ROSNER, ELIZABETH SCHWARTZ, JACOB SCHWARTZ, MAX SCHWARTZ, MICHAEL SCHWARTZ, PHILLIP SCHWARTZ, ABRAHAM ZARKOWSKY, ARON ZARKOWSKY, BSHAVA ZARKOWSKY RICHTER, ESTATE OF ELI ZARKOWSKY, EZRIEL ZARKOWSKY, GITTEL ZARKOWSKY, MENDEL ZARKOWSKY, ESTATE OF GOLDIE ZARKOWSKY, JOSEPH ZARKOWSKY, MIRIAM ZARKOWSKY, SHRAGE ZARKOWSKY, TRANY ZARKOWSKY, YEHUDA ZARKOWSKY, THE ESTATE OF DAVID APPLEBAUM, DEBRA APPLEBAUM, THE ESTATE OF JACQUELINE

APPLEBAUM, NATAN APPLEBAUM, THE ESTATE OF NAAVA
APPLEBAUM, SHIRA APPLEBAUM, YITZCHAK APPLEBAUM, SHAYNA
APPLEBAUM, TOVI BELLE APPLEBAUM, GEELA APPLEBAUM
GORDON, CHAYA TZIPORAH COHEN, ERIK SCHECTER, SHLOMO
TRATNER, THE ESTATE OF TIFERET TRATNER,

    *Plaintiffs-Appellants-Cross-Appellees*,

    - v. -

CRÉDIT LYONNAIS, S.A.,

    *Defendant-Appellee-Cross-Appellant*.[*]

_____

| | |
|---|---|
| For Strauss Appellants: | PETER RAVEN-HANSEN, Hackensack, New Jersey (Gary M. Osen, Ari Ungar, Michael Radine, Aaron Schlanger, Osen, Hackensack, New Jersey; Steven M. Steingard, Stephen H. Schwartz, Kohn, Swift & Graf, Philadelphia, Pennsylvania; Shawn P. Naunton, Zuckerman Spaeder, New York, New York; C. Tab Turner, Turner & Associates, North Little Rock, Arkansas, on the brief). |
| For Wolf Appellants: | FLEISCHMAN BONNER & ROCCO, New York, New York (James P. Bonner, Patrick L. Rocco, Susan M. Davies, New York, New York, of counsel; Richard D. Heideman, Noel J. Nudelman, Tracy R. Kalik, Heideman Nudelman & Kalik, Washington, D.C., of counsel). |

---

[*] The Clerk of the Court is directed to amend the official caption to conform with the above captions of these cases, which were consolidated for adjudication in the district court.

| | |
|---|---|
| For Appellee: | JONATHAN I. BLACKMAN, New York, New York (Mark E. McDonald, Katherine R. Lynch, Rathna Ramamurthi, New York, New York, Cleary Gottlieb Steen & Hamilton, on the brief). |
| For Amici Curiae, in support of Appellee: | MAYER BROWN, Washington D.C. (Andrew J. Pincus, Alex C. Lakatos, Marc R. Cohen, of counsel), *for Institute of International Bankers, European Banking Federation, and French Banking Federation*. |

Appeal and cross-appeal from a March 31, 2019 judgment of the United States District Court for the Eastern District of New York.

This cause came on to be heard on the record from the United States District Court for the Eastern District of New York and was argued by counsel.

ON CONSIDERATION WHEREOF, it is now hereby ordered, adjudged, and decreed that the judgment of said District Court be and it hereby is affirmed; the cross-appeal is dismissed as moot.

Plaintiffs Moses Strauss, *et al.*, and Estate of Bernice Wolf, *et al.*, who were injured, or represent persons who were injured, in terrorist attacks in Israel and Palestine in 2001-2004, allegedly committed by Hamas, jointly appeal from a March 31, 2019 judgment of the United States District Court for the Eastern District of New York in these consolidated actions, Dora L. Irizarry, then-*Chief Judge*, (A) dismissing the complaints seeking damages against defendant Crédit Lyonnais, S.A. ("CL"), under the Antiterrorism Act of 1990 ("ATA"), *see* 18 U.S.C. §§ 2333(a), 2331(1), and 2339B, for providing banking services to a charitable organization that allegedly had ties to Hamas; and (B) denying leave to amend the complaints to allege aiding-and-abetting claims against CL under the Justice Against Sponsors

of Terrorism Act ("JASTA"), *see id.* § 2333(d). The district court granted CL's motion for summary judgment dismissing the complaints, relying principally on this Court's decision in *Linde v. Arab Bank*, PLC, 882 F.3d 314 (2d Cir. 2018), and concluding that plaintiffs failed to adduce evidence sufficient to permit an inference that CL had committed an act involving violence, danger to human life, or an appearance of intent to intimidate or coerce a population or a government--elements of an international terrorism claim under the ATA. The court also denied plaintiffs' motion for leave to file an amended complaint to allege that CL is liable for the attacks as an aider and abetter, concluding that, given the record on the summary judgment motion, such an amendment would be futile. *See Strauss v. Crédit Lyonnais, S.A.*, 379 F.Supp.3d 148 (E.D.N.Y. 2019).

On appeal, plaintiffs argue principally that the district court erred by misapplying *Linde* and concluding that plaintiffs' evidence of CL's violation of 18 U.S.C. § 2339B was insufficient to permit inferences either that CL itself engaged in terrorist activity or that it had the requisite state of mind to make it liable for aiding and abetting that activity. In its cross-appeal, CL argues that if we do not affirm the judgment of the district court, we should reverse that court's denial of CL's motion to dismiss the actions for lack of personal jurisdiction; however, CL urges that "[g]iven the number of years during which these cases have already been pending, this Court can and should 'assume jurisdiction' and affirm on the . . . merits . . . as a means of preventing waste of judicial resources." (CL brief on appeal at 61-62 (other internal quotation marks omitted).)

This appeal was argued in tandem with the appeal in *Weiss v. National Westminster Bank PLC*, Nos. 19-863, -1159, which we have decided today in a published opinion, *see* --- F.3d --- (2d Cir. 2021) ("*Weiss*"). Although CL is not the defendant against which the Weiss actions were brought, both sets of actions were commenced in the mid-2000's asserting ATA claims premised on international terrorist attacks attributed to Hamas; the actions proceeded largely along parallel lines (sometimes with coordinated pretrial discovery proceedings), involved the same legal issues, and were dismissed by the same district judge in opinions filed on the same day, with the opinion in the present case frequently citing past decisions and reasoning in the Weiss actions.

The issues in these two sets of actions were the same; the issues in both appeals are the same; the arguments made by both sets of appellants are the same; and the two appellees pursue virtually identical conditional cross-appeals. We conclude, for the reasons discussed in *Weiss*, that the district court did not err in granting summary judgment dismissing the Strauss and Wolf plaintiffs' complaints under the ATA or in denying their request for leave to amend in order to bring claims under JASTA. We accordingly affirm the judgment of the district court; CL's cross-appeal is thus moot.

We have considered all of plaintiffs' arguments on appeal and have found them to be without merit. The judgment of the district court is affirmed; the cross-appeal is dismissed.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk of Court

*Catherine O'Hagan Wolfe* [signature]

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*Catherine O'Hagan Wolfe* [signature]